

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 7 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:19CR 00437 DPM |
| | ) | |
| v. | ) | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) |
| | ) | |
| TOMMY COLLIER | ) | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT 1

On or about September 11, 2018, in the Eastern District of Arkansas, the defendant,

TOMMY COLLIER,

knowingly and intentionally possessed with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

FORFEITURE ALLEGATION 1

Upon conviction of Count 1 of this Indictment, the defendant, TOMMY COLLIER, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

FORFEITURE ALLEGATION 2

Upon conviction of Count 1 of this Indictment, the defendant, TOMMY COLLIER, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.