# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS ) | 4:19 CR-00437-01 DPM |
| ) | |
| TOMMY COLLIER ) | |

## NOTICE OF APPEARANCE

Comes now, William O. "Bill" James, Jr. of the James Law Firm, and for his Notice of Appearance states that he has been retained by the Defendant and requests that all pleadings and pertinent correspondence in this cause of action be directed from this day forward to James Law Firm, 1001 La Harpe Blvd, Little Rock, Arkansas, 72201.

WHEREFORE, William O. "Bill" James, Jr., of the James Law Firm, prays that he be entered as attorney of record for Tommy Collier in the above-captioned case.

Respectfully submitted,

William O. "Bill" James, Jr.
Ark. Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72001
(501) 375-0900
E-mail: wojfeds@gmail.com