# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**United States of America**     **Plaintiff**

**v.**     Case No.: 4:19–cr–00437–DPM

**Tommy Collier**     **Defendant**

---

## NOTICE OF HEARING

    PLEASE take notice that a Arraignment has been set in this case for August 15, 2019, at 10:00 AM before Magistrate Judge Jerome T. Kearney in Little Rock Courtroom # 4B in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** August 14, 2019      AT THE DIRECTION OF THE COURT
     JAMES W. McCORMACK, CLERK

     **By:** <u>LaShawn M Coleman, Deputy Clerk</u>

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas