(Post. 4/4/12)

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS

## NOTICE

United States of America

V.              Case No.: 4:19CR00437-01 DPM

Tommy Collier

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | ☒ CRIMINAL |

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse | B155 |
| 600 W Capitol Avenue | DATE AND TIME |
| Little Rock AR 72201 | 9/23/2019 at 9:30 a.m. |

TYPE OF PROCEEDING

**JURY TRIAL before the Honorable D.P. Marshall Jr., U.S. District Judge.**

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JAMES W. McCORMACK, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

F. Dunn
(BY) DEPUTY CLERK