# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | 4: 19CR-00437-01 DPM |
| | ) | |
| TOMMY COLLIER | ) | |

## MOTION FOR CONTINUANCE

Comes now the Defendant, Tommy Collier, by and through his attorney, William O. "Bill" James, Jr., and for their petition states:

1. That this matter is currently scheduled for Jury Trial on September 23, 2019 at 9:30 a.m.

2. Defense Counsel would request a continuance of the trial date in order to have more time to obtain discovery and properly prepare for the trial in this matter.

3. Defense Counsel has not previously requested a continuance in this case.

4. Assistant U.S. Attorney John Huggins, has indicated that she has no objection to this continuance.

5. The Defendant will waive his right to a speedy trial for the duration of this continuance.

**WHEREFORE**, Petitioner prays that this matter be continued and for all other proper relief.

Respectfully submitted,

William O. "Bill" James, Jr.
Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
(501) 375-0900
E-mail: wojfeds@gmail.com