UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | 4:19CR00437-DPM |
| | ) | |
| TOMMY COLLIER | ) | |

MOTION FOR CONTINUANCE

Comes now the Defendant, Tommy Collier, by and through his attorneys, the James Law Firm, and for his motion states:

1. That this matter is currently scheduled for Jury Trial on September 28, 2020.

2. Defense Counsel would request a continuance of the trial date in order to continue plea negotiations which may eliminate the need for a jury trial.

3. Assistant U.S. Attorneys Stacy Williams and John Huggins have indicated that they have no objection to this continuance.

4. The Defendant will waive his right to a speedy trial for the duration of this continuance.

**WHEREFORE**, Petitioner prays that this matter be continued and for all other proper relief.

Respectfully submitted,

Caitlin E. Bennett
Bar No. 2019075
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
(501) 375-0900
E-mail: caitlin@jamesfirm.com