# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:19-cr-437-DPM

TOMMY COLLIER            DEFENDANT

## ORDER

Collier moves unopposed to continue his 28 September 2020 trial. His lawyer needs more time to continue plea negotiations. *Doc. 17*. Considering Collier's diligence, the ends of justice are better served by giving him more time to prepare his case for trial or a plea. And this interest outweighs both his and the public's interest in a speedy trial. The Court therefore grants the motion, *Doc. 17*, and reschedules the trial for 29 March 2021 at 9:30 a.m. The period of delay caused by granting this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 September 2020