# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　No. 4:19-cr-437-DPM

**TOMMY COLLIER**　　　　　　　　　　　　　　**DEFENDANT**

## AMENDED GENERAL CRIMINAL SCHEDULING ORDER

　　This case has been continued and re-set for trial on **29 March 2021**. The Court orders the following schedule to move this case forward fairly and efficiently to a prompt resolution.

- **Thirty Days Before Trial Date**—File a Joint Report answering these questions:

    o  Is this case ready for trial or a plea?

    o  If trial-ready, how many six-hour days are needed?

    o  If a party intends to seek a continuance, how long a delay will be requested and why?

- **Twenty-One Days Before Trial Date**

    o  In trial-ready cases:

        1.　　File any pre-trial motions.  A response to any motion is due seven calendar days after the motion is filed; and

2. File notice of submitting proposed jury instructions to chambers. Focus on and submit only elements instructions, citing models and authority; the Court will use standard introductory and closing instructions.

- In cases that are not trial-ready or where a guilty plea will be offered, do one of two things:

    1. Get a plea date set with chambers **and** submit the proposed plea agreement to chambers; or

    2. File a motion for continuance.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 September 2020