IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00437-DPM |
| | ) | |
| TOMMY COLLIER | ) | |

## **UNITED STATES' JOINT REPORT**

Comes now the United States of America, by and through its attorney, Jonathan Ross, Acting United States Attorney for the Eastern District of Arkansas, and Stacy R. Williams, Assistant United States Attorney for said district state the defense intends to file a motion to suppress. The suppression motion and hearing will most likely postpone the current trial date of March 29, 2021. In accordance with Administrative Order Number 11, the parties ask for a trial date after May 21, 2021. The case will most likely proceed to trial on the next scheduled date. The case should take no more than four days to try.

    Respectfully submitted,

    JONATHAN D. ROSS
    ACTING UNITED STATES ATTORNEY

    STACY R. WILLIAMS
    Arkansas Bar No. 2011081
    Assistant United States Attorney
    Post Office Box 1229
    Little Rock, Arkansas 72203
    (501) 340-2600
    Stacy.Williams@usdoj.gov