IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                            No. 4:19-cr-437-DPM

TOMMY COLLIER                                               DEFENDANT

## ORDER

Collier moves unopposed to continue his 29 March 2021 trial because of the ongoing emergency conditions related to the COVID-19 pandemic. *Doc. 21.* The Court can safely call and retain an adequate number and cross section of jurors for a handful of pioneer trials at this time, but not for the full slate of trials set in March and April. ADMINISTRATIVE ORDER ELEVEN. Further, following current public health recommendations will affect the availability of Collier, counsel, members of the public, and court staff to be present in the courtroom. Considering Collier's diligence, the ends of justice are better served by a continuance. And this interest outweighs both his and the public's interest in a speedy trial. The Court therefore grants the motion, *Doc. 21*, and reschedules the trial for 25 October 2021 at 9:30 a.m. The period of delay caused by granting this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 March 2021