# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS ) | 4: 19CR-00437-01 DPM |
| ) | |
| TOMMY COLLIER ) | |

## MOTION FOR CONTINUANCE

Comes now the Defendant, Tommy Collier, by and through his attorney, William O. "Bill" James, Jr., and for their petition states:

1. That this matter is currently scheduled for Jury Trial on October 25, 2021 at 9:30 a.m.

2. Defense Counsel has scheduling conflicts with the trial date set in this matter.

3. Defense Counsel is scheduled for a jury trial on a trafficking a controlled substance case in Pulaski County Circuit Court 1st Division scheduled to begin October 26, 2021, *State v. Zamirra Brown 60CR-21-137,* Defense Counsel is also scheduled for a jury trial on a battery 1st degree case in Pulaski County Court 1st Division, *State v. Aldo Reyes 60CR-20-4496,* Defense Counsel is also scheduled for a jury trial on a rape case in Independence County Circuit Court scheduled to begin October 27, 2021, *State v. Thomas Kramer 32CR-19-203*.

4. Defense Counsel would request a continuance of the trial date until such a time as when Defense Counsel is available to in court for the trial of this matter.

5. Assistant U.S. Attorney Stacy Williams, has indicated that she has no objection to

this continuance.

6. The Defendant will waive his right to a speedy trial for the duration of this continuance.

**WHEREFORE**, Petitioner prays that this matter be continued and for all other proper relief.

Respectfully submitted,

William O. "Bill" James, Jr.
Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
(501) 375-0900
E-mail: wojfeds@gmail.com