# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              No. 4:19-cr-437-DPM

TOMMY COLLIER                                                     DEFENDANT

## ORDER

Collier moves unopposed to continue his 25 October 2021 trial. His lawyer has a conflict with the trial date. *Doc.* 23. The motion is denied without prejudice. This appears to be a relatively simple case of alleged possession with intent to distribute. The charge was filed in August 2019. Three defense counsel have appeared. (The Court relieves Michael K. Kaiser, who has left the James Law Firm.) Two of counsel's conflicts are in newer cases. The Court concludes that one of Collier's lawyers should be available if necessary to try this case in October.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 March 2021