# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS | ) | 4: 19CR-00437-01 DPM |
| | ) | |
| TOMMY COLLIER | ) | |

## MOTION FOR CONTINUANCE

Comes now the Defendant, Tommy Collier, by and through his attorney, William O. "Bill" James, Jr., and for their petition states:

1. That this matter is currently scheduled for Jury Trial on October 25, 2021, at 9:30 a.m.

2. Defense Counsel has recently been made aware that the investigative agency is processing Mr. Collier's cell phone and the processing isn't expected to be completed until October 15, 2021.

3. Therefore, Defense Counsel would request a continuance of the jury trial date in order to have more time to review the newly discovered information and to have more time for the furtherance of plea negotiations that may eliminate the need for a trial in this matter.

4. Assistant U.S. Attorney Stacy Williams, has indicated that she has no objection to this continuance.

5. The Defendant will waive his right to a speedy trial for the duration of this continuance.

**WHEREFORE**, Petitioner prays that this matter be continued and for all other proper relief.

Respectfully submitted,

William O. "Bill" James, Jr.
Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
(501) 375-0900
E-mail: <u>wojfeds@gmail.com</u>