# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:19-cr-437-DPM

TOMMY COLLIER            DEFENDANT

## ORDER

Collier moves unopposed to continue his 25 October 2021 trial. His needs more time to review new discovery materials. *Doc. 27.* Considering Collier's diligence, the ends of justice are better served by ensuring continuity of counsel and giving his attorney more time to prepare the case for trial or a plea. And this interest outweighs both Collier's and the public's interest in a speedy trial. The Court therefore grants the motion, *Doc. 27*, and reschedules the trial for 27 June 2022 at 9:30 a.m. The period of delay caused by granting this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

The deadlines in the Second Amended General Criminal Scheduling Order, *Doc. 25*, remain in effect.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 October 2021