# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                       PLAINTIFF

v.                          No. 4:19-cr-437-DPM

TOMMY COLLIER                               DEFENDANT

### ORDER

**1.** Collier moves unopposed to continue his 27 June 2022 trial. His attorney has a heavy trial schedule and the Assistant United States Attorney will be in military training shortly before the trial date. *Doc. 36.* Considering Collier's diligence, the ends of justice are better served by ensuring continuity of counsel and giving his attorney more time to prepare the case for trial or a plea. And this interest outweighs both Collier's and the public's interest in a speedy trial. The Court therefore grants the motion, *Doc. 36*, and reschedules the trial for 23 January 2023 at 9:30 a.m. The period of delay caused by granting this continuance is excluded under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) & (B).

**2.** The deadlines in the Second Amended General Criminal Scheduling Order, *Doc. 25*, remain in effect.

**3.** Given the age of the case and the length of the continuance, no further continuances will be granted absent extraordinary circumstances.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

27 May 2021