**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES**                                                                         **PLAINTIFF**
Counsel: AUSAs Cameron McCree and Jamie Dempsey

**v.**                         **No. 4:19-cr-437-DPM**

**TOMMY COLLIER**                                      **DEFENDANT**
Counsel: Chris Baker and Drew Curtis

**CLERK'S MINUTES - CRIMINAL JURY TRIAL**

                                                **Judge: D.P. Marshall Jr.
Court Reporters: Graham Higdon/Valarie Flora
Law Clerk: Christoph Keller
CRD: Sherri Black**

**TUESDAY, 1 AUGUST 2023 - DAY ONE**
    Court Reporter: Graham Higdon

9:33 a.m.     The Court is on the record

9:51 a.m.     Venire seated. Court calls the case for Jury trial

                Voir Dire begins

                Several potential jurors excused for cause

10:51 a.m.   Break

11:07 a.m.   Back on the record

                Additional potential jurors excused for cause

12:09 p.m.   Voir Dire by Defense counsel, Drew Curtis

12:13 p.m.   Voir Dire for government by Jamie Dempsey

|  |  |
|---|---|
|  | Additional potential juror excused for cause |
| 12:27 p.m. | Potential Jurors excused for break |
| 12:52 p.m. | Back on the record for strikes |
| 1:03 p.m. | 12 jurors plus 1 alternate selected. There were no Batson challenges |
| 1:07 p.m. | Potential Jurors returns to courtroom |
| 1:08 p.m. | Jury of twelve and one alternate sworn and seated |
|  | Preliminary instructions given |
| 1:15 p.m. | Break |
| 2:18 p.m. | Back on the record |
| 2:19 p.m. | Jury seated |
|  | Jury instructions given |
| 3:01 p.m. | Opening statement by Government's counsel, Cameron McCree |
| 3:03 p.m. | Opening statement by defense counsel, Drew Curtis |
| 3:05 p.m. | Government calls Witness 1.  Direct examination by C. McCree |
|  | Defense Exhibits 11-13 |
|  | Government's Exhibits 3, 1A-1K (admitted) |
| 3:45 p.m. | Break |
| 4:04 p.m. | Back on the record |
|  | Direct examination of Government Witness 1 continues |
|  | Defense Exhibit 13 |
|  | Government's Exhibits 2 (Clip 5 ordered to be edited), 4, 6, 7, 8 (admitted), 9, 11 (admitted), 12-17 |

| | |
|---|---|
| 5:01 p.m. | Jury excused and Court in recess until 9 a.m. on Wednesday, 2 August 2023 |

## WEDNESDAY, 2 AUGUST 2023 - JURY TRIAL - DAY TWO
### Court Reporter: Valarie Flora

| | |
|---|---|
| 9:06 a.m. | Back on the record for a hearing outside the presence of the jury |
| | Government's Exhibit 1L admitted |
| 9:13 a.m. | Jury seated |
| 9:16 a.m. | Cross examination of Government's Witness 1 by Drew Curtis |
| | Defense Exhibit 18 admitted |
| 9:37 a.m. | Redirect of Government's Witness 1 by Cameron McCree |
| 9:40 a.m. | Recross of Government's Witness 1 by Chris Baker |
| 9:50 a.m. | Government calls Witness 2.  Direct examination by Jamie Dempsey |
| | Government's Exhibit 2, 11, 12, 14 |
| 10:24 a.m. | Break |
| 10:51 a.m. | Back on the record |
| 10:52 a.m. | Cross examination of Government's Witness 2 by C. Baker |
| | Government's Exhibit 2 |
| | Defense Exhibit 18 |
| 11:34 a.m. | Redirect of Government's Witness 2 by J. Dempsey |
| 11:39 a.m. | Break |

**COURT REPORTER: Graham Higdon**

| | |
|---|---|
| 1:00 p.m. | Back on the record for hearing outside the presence of the Jury |
| 1:48 p.m. | Break |
| 1:54 p.m. | Break |
| 2:11 p.m. | Back on the record |
| 2:12 p.m. | Jury seated |
| 2:14 p.m. | Government calls Witness 3. Direct examination by J. Dempsey |
| | Defendant's Exhibit 7 |
| | Government's Exhibit 1 |
| 2:34 p.m. | Cross examination of Government's Witness 3 by C. Baker |
| | Defendant's Exhibits 4 and 7 |
| 2:57 p.m. | Jury excused |
| | Court inquires of Government Witness 3 and issues a ruling |
| 3:08 p.m. | Break |
| 3:13 p.m. | Back on the record |
| | Cross examination of Government Witness 3 resumes by C. Baker |
| | Defendant's exhibits 18, 7, 20 (admitted) |
| 3:57 p.m. | Redirect of Government Witness 3 by J. Dempsey |
| | Defendant's Exhibit 7 |
| 4:02 p.m. | Jury excused and break taken |
| 4:19 p.m. | Back on the record |
| 4:20 p.m. | Jury seated |

4:21 p.m.     Government calls Witness 4.  Direct examination by C. McCree

4:33 p.m.     Cross examination of Government Witness 4 by D. Curtis

4:38 p.m.     Jury excused until 9:00 a.m. on 3 August 2023

4:42 p.m.     The Court hears argument from defense counsel regarding a motion to dismiss which was denied.  Letter briefs ordered on Isomers.

4:56 p.m.     Court inquires of Defendant about his right to testify or not testify and he will testify tomorrow

5:15 p.m.     Court in recess until 8:30 a.m. on Thursday, 3 August 2023

### **WEDNESDAY, 3 AUGUST 2023 - JURY TRIAL - DAY THREE**
### **Court Reporter: Graham Higdon**

8:47 a.m.     Back on the record for a hearing outside the presence of the jury regarding jury instructions

9:04 a.m.     Jury seated

9:05 a.m.     Defense calls, Witness 1.  Direct examination by D. Curtis

                    Government's Exhibit 4 admitted

9:34 a.m.     Cross examination of Defense Witness 1 by C. McCree

9:35 a.m.     Break

9:56 a.m.     Back on the record

            Cross examination of Defense Witness 1 by C. McCree resumes

10:03 a.m.   Redirect of Defense Witness 1 by D. Curtis

10:06 a.m.   Defense rests

| | |
|---|---|
| 10:07 a.m. | Jury excused |
| 10:08 a.m. | Defense renews motion. Court and counsel address jury instructions |
| 10:54 a.m. | Break |
| 11:32 a.m. | Back on the record |
| 11:33 a.m. | Jury seated |
| | Jury Instructions given |
| 11:56 a.m. | Closing argument for the government by C. McCree |
| 12:15 p.m. | Closing argument for defense by D. Curtis |
| 12:27 p.m. | Second closing for the government by J. Dempsey |
| 12:31 p.m. | Final instructions |
| 12:32 p.m. | Bailiff sworn |
| 12:33 p.m. | Jury deliberations begin |
| 12:38 p.m. | Court in recess during deliberations |
| 2:14 p.m. | Back on the record-a verdict has been reached |
| 2:16 p.m. | Jury seated |
| | Verdict read |
| |    Guilty verdict |
| 2:19 p.m. | Jury polled |
| 2:24 p.m. | Jury discharged |
| 2:33 p.m. | Defendant ordered detained |
| | Sentencing will be set by separate notice |

               Order to follow on the defense's motion for Judgment for acquittal

2:34 p.m.    Court adjourned