AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Eastern District of Arkansas

United States of America      v.      Tommy Collier

**GOVERNMENT'S WITNESS LIST**

CASE NUMBER: 4:19-cr-437 DPM

| PRESIDING JUDGE<br>D. P. Marshall Jr. | PLAINTIFF'S ATTORNEY<br>Cameron McCree/Jamie Dempsey | DEFENDANT'S ATTORNEY<br>Chris Baker/Drew Curtis |
|---|---|---|
| TRIAL DATE(S)<br>1-3 August 2023 | COURT REPORTER<br>Select Reporter... | COURTROOM DEPUTY<br>Sherri Black |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  |  | COURT'S EXHIBITS |
|  |  | 8/2/2023 | 1 |  | Email chain between counsel |
|  |  | 8/3/2023 | 2 |  | List of medical needs of Defendant |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages